

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-2-2010

# Elias Alfonso Juarez-Gonzalez v. Atty Gen USA

Precedential or Non-Precedential: Non-Precedential

Docket No.;09-1790

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"Elias Alfonso Juarez-Gonzalez v. Atty Gen USA" (2010). *2010 Decisions.* Paper 815.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/815

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 09-1790
_____

ELIAS ALFONSO JUAREZ-GONZALEZ,
PETITIONER

v.

ATTORNEY GENERAL UNITED STATES,
RESPONDENT

_____

On Petition for Review of an Order of the
Board of Immigration Appeals
Immigration Judge: Honorable Frederic Leeds
(Agency No. A075-445-182)

_____

Present: Before:  SCIRICA, SMITH and WEIS, <u>Circuit</u> <u>Judges</u>

_____

SUR PETITION FOR PANEL REHEARING

_____

The petition for panel rehearing filed by Petitioner in the above-entitled matter, having been submitted to the judges who participated in the decision of this court, is hereby **GRANTED**.  The opinion and judgment filed April 9, 2010 is hereby vacated.  A revised not precedential opinion in this appeal will be filed forthwith.  As panel rehearing is granted, no action is taken on the petition for rehearing en banc filed May 23, 2010.

By the Court,
/s/ Joseph S. Weis
United States Circuit Judge

DATED:    August 2, 2010

trg/cc:    Carla McBeath, Esq.
Sharon M. Clay, Esq.
Benjamin   Zeitlin, Esq.